**FILED**

2003 SEP -8 P 2: 27

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANICE LAPENNA, | : | DOCKET NO.: 3:02CV753 (SRU) |
| Plaintiff, | : | |
| v. | : | |
| CITY OF HARTFORD / HARTFORD | : | |
| PUBLIC SCHOOLS, ANTHONY | : | |
| AMATO AND JUNE BERNABUCCI, | : | |
| Defendants. | : | |
| | : | |
| JANICE LAPENNA, | : | DOCKET NO.: 3:03CV1126 (SRU) |
| Plaintiff, | : | |
| v. | : | |
| JOSE COLON-RIVAS, | : | |
| Defendant. | : | September 5, 2003 |

## MOTION FOR CONTEMPT

### RELIEF SOUGHT

Janice LaPenna moves this court for an order to hold Frank J. Dumont in contempt for failure to comply with a subpoena served on him and an Order of this Court dated August 19, 2003 ordering Frank J. Dumont to comply.

Frank J. Dumont should be held in contempt under Rule 45(e) of the Federal Rules of Civil Procedure and held in civil commitment until he complies, because, as shown in the Affidavit of Judith D. Meyer:

Law Office of Judith D. Meyer • P.O. Box 451, Avon, CT 06001 • (860) 678-7711
1

*MOTION DENIED.*
*SO ORDERED.* /s/ Alan R. Underhill, U.S.D.J.
10/21/03