FILED

UNITED STATES DISTRICT COURT 2003 NOV 14  P 3: 49
DISTRICT OF CONNECTICUT

US DISTRICT COURT

| | | |
|---|---|---|
| JANICE LAPENNA | : | CIVIL ACTION |
| | : | MASTER DOCKET |
| Plaintiff, | : | 3:02CV753 (SRU) |
| v. | : | |
| | : | |
| CITY OF HARTFORD, HARTFORD | : | |
| PUBLIC SCHOOLS, STATE BOARD | : | |
| OF TRUSTEES FOR THE HARTFORD | : | |
| PUBLIC SCHOOLS, ANTHONY | : | |
| AMATO, JUNE BERNABUCCI | : | |
| and JOSE COLON-RIVAS | : | |
| Defendants. | : | |
| | : | |

| | | |
|---|---|---|
| JANICE LAPENNA | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03CV1126 (SRU) |
| v. | : | |
| | : | |
| JOSE COLON-RIVAS | : | |
| Defendant. | : | |
| | : | NOVEMBER 14, 2003 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, the Defendants, City of Hartford, Hartford Public Schools, State Board of Trustees for the Hartford Public Schools, Anthony Amato, June Bernabucci and Jose Colon-Rivas, move for summary judgment on all counts contained in plaintiff's Second Amended Complaint dated June 12, 2003 and Plaintiff's complaint dated June 23, 2003.

Summary judgment should enter on behalf of the Defendants for the following reasons:

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

1.    Plaintiff can establish neither a prima facie case of gender or age discrimination nor facts sufficient to warrant a trial on the merits of such claims;

2.    Plaintiff cannot establish facts sufficient to warrant a trial on the merits of any claims brought pursuant to 42 U.S.C. §1983 against any of the Defendants;

3.    The City of Hartford and the Hartford Public Schools are not proper defendants in this matter; and

4.    The State Board of Trustees for the Hartford Public Schools is entitled to Eleventh Amendment immunity with respect to Plaintiff's ADEA and CFEPA claims.

Defendants further rely upon their Memorandum of Law in Support of this Motion, their Local Rule 56(a)1 Statement of Facts Not in Dispute and other supporting materials.

DEFENDANTS,
CITY OF HARTFORD, HARTFORD PUBLIC
SCHOOLS, STATE BOARD OF TRUSTEES FOR
THE HARTFORD PUBLIC SCHOOLS,
ANTHONY AMATO, JUNE BERNABUCCI AND
JOSE COLON-RIVAS

By _____
Joseph W. McQuade, ct12121
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT  06106
Telephone (860) 493-0870
Facsimile (860) 493-0871
jmcquade@kemlaw.com
Their Attorney

2

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Defendants' Motion for Summary Judgment

was sent via first class U.S. mail, postage prepaid, on this the 14th day of November 2003 to:

Judith D. Meyer, Esq.
Law Office of Judith D. Meyer
152 Simsbury Road
P.O. Box 451
Avon, CT  06001-0451

_Joseph W. McQuade_
Joseph W. McQuade

11660

3