UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANICE LAPENNA | : | CIVIL ACTION |
| | : | MASTER DOCKET |
| Plaintiff, | : | 3:02CV753 (SRU) |
| v. | : | |
| | : | |
| CITY OF HARTFORD, HARTFORD | : | |
| PUBLIC SCHOOLS, STATE BOARD | : | |
| OF TRUSTEES FOR THE HARTFORD | : | |
| PUBLIC SCHOOLS, ANTHONY | : | |
| AMATO, JUNE BERNABUCCI | : | |
| and JOSE COLON-RIVAS | : | |
| Defendants. | : | |
| | : | |
| | | |
| JANICE LAPENNA | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03CV1126 (SRU) |
| v. | : | |
| | : | |
| JOSE COLON-RIVAS | : | |
| Defendant. | : | |
| | : | NOVEMBER 14, 2003 |

## EXHIBIT LIST

A.  Relevant portions of the April 14, 2003 deposition of Janice LaPenna and selected Exhibits;

B.  Plaintiff's Responses to Defendants' Interrogatories and Requests for Production;

C.  Relevant portions of the June 3, 2003 deposition of Anthony Amato;

D.  Relevant portions of the May 16, 2003 and June 3, 2003 deposition of June Bernabucci and selected Exhibits;

E.  November 13, 2003 Affidavit of June Bernabucci;

F.  Relevant portions of the May 15, 2003 deposition of Jose Colon-Rivas;

G.  Special Act 97-4;

H.  Special Act 01-7;

I.  Ruling on Motion to Dismiss in <u>Clara Lee v. City of Hartford/Hartford Public Schools, et al</u>, Civil Action No. 3:02CV819 (PCD);

J.  Ruling on Motion for Reconsideration in <u>Clara Lee v. City of Hartford/Hartford Public Schools, et al</u>, Civil Action No. 3:02CV819 (PCD).