UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANICE LAPENNA , | : | DOCKET NO.: 3:02CV753 (SRU) |
|     Plaintiff, | : | |
|     v. | : | |
| CITY OF HARTFORD / HARTFORD | : | |
| PUBLIC SCHOOLS, ANTHONY | : | |
| AMATO AND JUNE BERNABUCCI, | : | |
|     Defendants. | : | |
| | : | |
| JANICE LAPENNA, | : | DOCKET NO.: 3:03CV1126 (SRU) |
|     Plaintiff, | : | |
|     v. | : | |
| JOSE COLON-RIVAS, | : | |
|     Defendants. | : | November 17, 2003 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9(b), Plaintiff Janice LaPenna hereby moves for a thirty day extension of time within which to respond to the Motion for Summary Judgment and related documents filed by the Defendant. The additional time is necessary due to the complex nature of the issues, and due to previous holiday and vacation schedules.

In support of this Motion, the undersigned respectfully represents that Plaintiff's counsel has made inquiry of defense counsel Attorney Joseph W. McQuade, who has no objection to the granting of this Motion for Extension of Time; and that this is the first request for an extension of this time period.

If this motion is granted, the plaintiff's responses will be due on or before January 7,

2004 and the defendants' reply will be due on or before January 21, 2004.

RESPECTFULLY SUBMITTED,
PLAINTIFF

By _____
Judith D. Meyer
Fed. Bar No. CT04976
152 Simsbury Road
P.O. Box 451
Avon, CT 06001-0451
Tel.: (860) 678-7711
HER ATTORNEY

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first-class mail, postage
prepaid, this 17th day of November, 2003, to the following counsel of record:

Joseph McQuade, Esq.
Kainen, Escalera & McHale, PC
21 Oak Street
Hartford, CT 06106

_____
Judith D. Meyer