FILED

2004 JAN -7 P 12: 41

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANICE LAPENNA, <br>    Plaintiff, <br> v. <br> CITY OF HARTFORD / HARTFORD PUBLIC SCHOOLS, ANTHONY AMATO AND JUNE BERNABUCCI, <br>    Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | DOCKET NO.: 3:02CV753 (SRU) |
| JANICE LAPENNA, <br>    Plaintiff, <br> v. <br> JOSE COLON-RIVAS, <br>    Defendants. | : <br> : <br> : <br> : <br> : | DOCKET NO.: 3:03CV1126 (SRU) <br><br> January 6, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9(b), Plaintiff Janice LaPenna hereby moves for a fourteen day extension of time within which to respond to the Motion for Summary Judgment and related documents filed by the defendants. The additional time is necessary due to a canceled flight that left the undersigned unable to return to the United States when expected, and the collision with deadlines in other cases after that delay. Plaintiff submits that the time for any Reply Memorandum from the defendants should be adjusted accordingly.

In support of this Motion, the undersigned respectfully represents that Plaintiff's counsel has made inquiry of defense counsel Attorney Joseph W. McQuade, who has no objection to the

granting of this Motion for Extension of Time; and that this is the second request for an extension of this time period.

If this motion is granted, the plaintiff's responses will be due on or before January 21, 2004 and the defendants' reply will be due on or before February 4, 2004.

RESPECTFULLY SUBMITTED,
PLAINTIFF

By _____
Judith D. Meyer
Fed. Bar No. CT04976
152 Simsbury Road
P.O. Box 451
Avon, CT 06001-0451
Tel.: (860) 678-7711
HER ATTORNEY

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first-class mail, postage prepaid, this 6th day of January, 2004, to the following counsel of record:

Joseph McQuade, Esq.
Kainen, Escalera & McHale, PC
21 Oak Street
Hartford, CT 06106

_____
Judith D. Meyer