FILED

2004 JAN 21  A 10: 04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| JANICE LAPENNA, | : | DOCKET NO.: 3:02CV753 (SRU) |
| Plaintiff, | : | |
| v. | : | |
| CITY OF HARTFORD / HARTFORD | : | |
| PUBLIC SCHOOLS, ANTHONY | : | |
| AMATO AND JUNE BERNABUCCI, | : | |
| Defendants. | : | |
| | : | |
| JANICE LAPENNA, | : | DOCKET NO.: 3:03CV1126 (SRU) |
| Plaintiff, | : | |
| v. | : | |
| JOSE COLON-RIVAS, | : | |
| Defendants. | : | January 20, 2004 |

## NOTICE OF MANUAL FILING

Please take notice the Plaintiff, Janice LaPenna has manually filed the following documents.

Memorandum in Opposition to Motion for Summary Judgment

Local Rule 56(a)2 Statement with Exhibits A through O

Exhibit List

This documents has not been filed electronically because the file size exceeds 1.5 megabytes.

The documents have been manually served on all parties.

RESPECTFULLY SUBMITTED,
PLAINTIFF

By _____
Judith D. Meyer
Fed. Bar No. CT04976
152 Simsbury Road
P.O. Box 451
Avon, CT 06001-0451
Tel.: (860) 678-7711
HER ATTORNEY

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first-class mail, postage prepaid, this 20th day of January, 2004, to the following counsel of record:

Joseph McQuade, Esq.
Kainen, Escalera & McHale, PC
21 Oak Street
Hartford, CT 06106

_____
Judith D. Meyer