UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JANICE LAPENNA** | : | CIVIL ACTION |
| | : | MASTER DOCKET |
| Plaintiff, | : | 3:02CV753 (SRU) |
| v. | : | |
| | : | |
| **CITY OF HARTFORD, HARTFORD** | : | |
| **PUBLIC SCHOOLS, STATE BOARD** | : | |
| **OF TRUSTEES FOR THE HARTFORD** | : | |
| **PUBLIC SCHOOLS, ANTHONY** | : | |
| **AMATO, JUNE BERNABUCCI** | : | |
| **and JOSE COLON-RIVAS** | : | |
| Defendants. | : | |
| | : | |

| | | |
|---|---|---|
| **JANICE LAPENNA** | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03CV1126 (SRU) |
| v. | : | |
| | : | |
| **JOSE COLON-RIVAS** | : | |
| Defendant. | : | |
| | : | **JANUARY 30, 2004** |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), the Defendants, City of Hartford, Hartford Public Schools, State Board of Trustees for the Hartford Public Schools, Anthony Amato, June Bernabucci and Jose Colon-Rivas, move for an extension of time of 9 days, up to and including February 13, 2004, in which to file their Reply Brief in connection with their Motion for

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Summary Judgment. An extension is necessary because the undersigned has been ill and unable to work on such reply brief and, due to existing litigation commitments in the coming week, will need additional time to complete such brief. Although various extensions of deadlines have been granted in this case, this is the first motion for extension of time requested with respect to this specific deadline. The undersigned has contacted plaintiff's counsel, Judith Meyer, who has no objection to the granting of this motion.

> DEFENDANTS,
> CITY OF HARTFORD, HARTFORD PUBLIC
> SCHOOLS, STATE BOARD OF TRUSTEES FOR
> THE HARTFORD PUBLIC SCHOOLS,
> ANTHONY AMATO, JUNE BERNABUCCI AND
> JOSE COLON-RIVAS
>
> By_____
> Joseph W. McQuade, ct12121
> Kainen, Escalera & McHale, P.C.
> 21 Oak Street, Suite 601
> Hartford, CT  06106
> Telephone (860) 493-0870
> Facsimile (860) 493-0871
> jmcquade@kemlaw.com
> Their Attorney

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Motion for Extension of Time was sent via first class U.S. mail, postage prepaid, on this the 30th day of January 2004 to:

Judith D. Meyer, Esq.
Law Office of Judith D. Meyer
152 Simsbury Road
P.O. Box 451
Avon, CT  06001-0451

                                                Joseph W. McQuade

12732

3