02 CV753 mextme

FILED

2004 FEB -2 P 12: 17

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANICE LAPENNA | : | CIVIL ACTION |
| | : | MASTER DOCKET |
| Plaintiff, | : | 3:02CV753 (SRU) |
| v. | : | |
| | : | |
| CITY OF HARTFORD, HARTFORD | : | |
| PUBLIC SCHOOLS, STATE BOARD | : | |
| OF TRUSTEES FOR THE HARTFORD | : | |
| PUBLIC SCHOOLS, ANTHONY | : | |
| AMATO, JUNE BERNABUCCI | : | |
| and JOSE COLON-RIVAS | : | |
| Defendants. | : | |
| | : | |

| | | |
|---|---|---|
| JANICE LAPENNA | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03CV1126 (SRU) |
| v. | : | |
| | : | |
| JOSE COLON-RIVAS | : | |
| Defendant. | : | |
| | : | JANUARY 30, 2004 |

DEFENDANTS' MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), the Defendants, City of Hartford, Hartford Public

Schools, State Board of Trustees for the Hartford Public Schools, Anthony Amato, June

Bernabucci and Jose Colon-Rivas, move for an extension of time of 9 days, up to and including

February 13, 2004, in which to file their Reply Brief in connection with their Motion for

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

GRANTED; ABSENT OBJECTION.

SO ORDERED

Stefan R. Underhill, U.S.D.J.