**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JANICE LAPENNA | : | CIVIL ACTION |
| | : | MASTER DOCKET |
| Plaintiff, | : | 3:02CV753 (SRU) |
| v. | : | |
| | : | |
| CITY OF HARTFORD, HARTFORD | : | |
| PUBLIC SCHOOLS, STATE BOARD | : | |
| OF TRUSTEES FOR THE HARTFORD | : | |
| PUBLIC SCHOOLS, ANTHONY | : | |
| AMATO, JUNE BERNABUCCI | : | |
| and JOSE COLON-RIVAS | : | |
| Defendants. | : | |
| | : | |

| | | |
|---|---|---|
| JANICE LAPENNA | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03CV1126 (SRU) |
| v. | : | |
| | : | |
| JOSE COLON-RIVAS | : | |
| Defendant. | : | |
| | : | FEBRUARY 10, 2004 |

**ANSWER AND AFFIRMATIVE DEFENSES OF JOSE COLON-RIVAS TO**
**PLAINTIFF'S SECOND AMENDED COMPLAINT**

The Defendant, Jose Colon-Rivas, answers the plaintiff's Second Amended Complaint as

follows:

1.      The Defendant admits that plaintiff attempts to bring various causes of action

against the Defendants.  The Defendant denies that he is liable to Plaintiff for any of the relief

that she seeks.

2.    The Defendant admits that this court has subject matter jurisdiction over this matter due to the presence of a federal question.  Any remaining allegations are denied.

3.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of such allegation and, therefore, leaves the plaintiff to her proof.

4.    The Defendant admits that the plaintiff is employed in the Hartford Public Schools at all times relevant to this Complaint.  As to any remaining allegations, the Defendant lacks knowledge and information sufficient upon which to form a belief as to the truth or falsity of such allegations and, therefore, leaves the plaintiff to her proof.

5.    Based on information and belief, the Defendant admits the allegations contained in paragraph 5.

6.    The Defendant admits that Anthony Amato was the Superintendent of Schools from April 1999 until the fall of 2002 and that plaintiff attempts to sue him.  Any remaining allegations are denied.

7.    The Defendant admits that June Bernabucci was employed in the Hartford Public Schools as an administrator at all times relevant to this action and that plaintiff attempts to sue her.  Any remaining allegations are denied.

8.    The Defendant admits that he was the Principal of HPHS starting on or about July 1, 2000 and served as Principal through the 2000-2001 school year and that plaintiff attempts to sue him.  Any additional allegations are denied.

9.    The Defendant admits the allegations contained in paragraph 9.

10.    The Defendant admits that, currently, the Hartford Public Schools is a school district.  As to any remaining allegations and the status of the Hartford Public Schools during the relevant time, plaintiff is left to her proof.

11.    The Defendant admits that the State Board of Trustees for the Hartford Public Schools exercised all powers granted to it by Special Act 97-4.  Any remaining allegations are denied.

FIRST COUNT

The Defendant is not named as a Defendant in the First Count and, therefore, no answer is necessary.

SECOND COUNT

The Defendant is not named as a Defendant in the Second Count and, therefore, no answer is necessary.

THIRD COUNT

50.    The Defendant's responses to paragraphs 2 through 49 are incorporated as if fully set forth herein.

51.    Because paragraph 51 calls for a legal conclusion, no response is required and plaintiff is left to her proof.

52.    The Defendant denies the allegations contained in paragraph 52 and its subparts.

53.    The Defendant denies the allegations contained in paragraph 53.

54.    The Defendant denies the allegations contained in paragraph 54.

FOURTH COUNT

The Defendant is not named as a Defendant in the Fourth Count and, therefore, no answer is necessary.

FIFTH COUNT

The Defendant is not named as a Defendant in the Fifth Count and, therefore, no answer is necessary.

SIXTH COUNT

The Defendant is not named as a Defendant in the Sixth Count and, therefore, no answer is necessary.

SEVENTH COUNT

The Defendant is not named as a Defendant in the Seventh Count and, therefore, no answer is necessary.

EIGHTH COUNT

The Defendant is not named as a Defendant in the Eighth Count and, therefore, no answer is necessary.

PRAYER FOR RELIEF

The Defendant denies that he is liable to plaintiff for any of the relief that she seeks.

<u>AFFIRMATIVE DEFENSES</u>

Pursuant to Federal Rules of Civil Procedure 8(c), the Defendant asserts the following

Affirmative Defenses:

<u>FIRST AFFIRMATIVE DEFENSE (AS TO THE THIRD COUNT)</u>

The plaintiff has failed to state a cause of action upon which relief may be granted.

<u>SECOND AFFIRMATIVE DEFENSE (AS TO THE THIRD COUNT)</u>

The plaintiff has failed to properly mitigate her damages.

<u>THIRD AFFIRMATIVE DEFENSE (AS TO THE THIRD COUNT)</u>

The Defendant is shielded from liability by the Doctrine of Qualified Immunity.

<u>FOURTH AFFIRMATIVE DEFENSE (AS TO THE THIRD COUNT)</u>

The plaintiff's claims are barred by the applicable statute of limitations.


                                         DEFENDANT,
                                         JOSE COLON-RIVAS


                              By:    _____
                                         Joseph W. McQuade, ct12121
                                         Kainen, Escalera & McHale, P.C.
                                         21 Oak Street, Suite 601
                                         Hartford, CT  06106
                                         Telephone (860) 493-0870
                                         Facsimile (860) 493-0871
                                         jmcquade@kemlaw.com
                                         His Attorney

## **CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing Answer and Affirmative Defenses was sent

via first class U.S. mail on this the 10th day of February 2004 to:


Judith D. Meyer, Esq.
Law Office of Judith D. Meyer
152 Simsbury Road
P.O. Box 451
Avon, CT  06001-0451


                                                                     Joseph W. McQuade


12019