UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANICE LAPENNA | : | CIVIL ACTION |
| | : | MASTER DOCKET |
| Plaintiff, | : | 3:02CV753 (SRU) |
| v. | : | |
| | : | |
| CITY OF HARTFORD/HARTFORD | : | |
| PUBLIC SCHOOLS, STATE BOARD | : | |
| OF TRUSTEES FOR THE HARTFORD | : | |
| PUBLIC SCHOOLS, ANTHONY | : | |
| AMATO, JUNE BERNABUCCI and | : | |
| JOSE COLON-RIVAS | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JANICE LAPENNA | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03CV1126 (SRU) |
| v. | : | |
| | : | |
| JOSE COLON-RIVAS | : | |
| Defendant. | : | |
| | : | FEBRUARY 13, 2004 |

## AFFIDAVIT OF CHRISTIAN JOHNSON

I, CHRISTIAN JOHNSON, being duly sworn, hereby depose and state:

1. I am over the age of 18 and believe in the obligations of an oath.

2. I am currently a professional employee employed in the Finance Department of the City of Hartford.

3. I make this affidavit based on a review of relevant data and reports concerning revenues expended on the Hartford Public Schools during the relevant time period.

4. During all relevant times, the City of Hartford's fiscal year ran from July 1 to June 30.

5. I was directed by the City of Hartford's Finance Director to prepare the attached chart that sets forth State Grants-in-Aid for Education and the City of Hartford's financial support for education for the fiscal years 1995-96 through 2001-02.

6. I prepared the attached exhibit by reviewing relevant budget information maintained by the City of Hartford in the normal course of business.

7. The attached exhibit truly and accurately sets forth the revenues directed to the Hartford Public Schools during the years set forth therein.

8. Based on my research of the fiscal years set out in the Exhibit, funding for the Hartford Public Schools came primarily from the State of Connecticut and such state grants came primarily in the form of the State of Connecticut's Education Cost Sharing Grant.

_____
CHRISTIAN JOHNSON

Subscribed and sworn before me
On this 13th day of February 2004

_____
Notary Public/Commissioner of the Superior Court
My Commission expires:

7

State Grants-In-Aid Education
Vs. City of Hartford Support for Education

| | | 1<br>Actual<br>FY '01-02 | 2<br>Actual<br>FY '00-01 | 3<br>Actual<br>FY '99-00 | 4<br>Actual<br>FY '98-99 | 5<br>Actual<br>FY '97-98 | 6<br>Actual<br>FY '96-97 | 7<br>Actual<br>FY '95-96 |
|---|---|---|---|---|---|---|---|---|
| Revenue By Receipt Code | | | | | | | | |
| State Grants-In-Aid Education | | | | | | | | |
| 4521050 | Education Cost Sharing | 159.94 | 157.92 | 159.35 | 153.29 | 150.40 | 148.07 | 146.06 |
| 4521053 | Education Cost Sharing | 5.00 | 5.70 | | | | | |
| 4521063 | Transportation Grant | 2.26 | 1.97 | 1.56 | 1.40 | 1.41 | 1.03 | 1.03 |
| 4521069 | Spec Ed Supplemental Grant | 1.59 | 2.87 | 2.42 | 3.21 | 2.13 | 3.13 | 3.44 |
| | Subtotal State Grants-In-Aid Education | 168.79 | 168.47 | 163.33 | 157.91 | 153.94 | 152.23 | 150.53 |
| City of Hartford Support for Education | | | | | | | | |
| General Fund Total Indirect Appropriation | | 49.61 | 48.17 | 51.64 | 41.75 | 40.79 | 40.46 | 40.54 |
| Less: | | | | | | | | |
| Property & Liability Insurances | | 1.31 | 1.55 | 1.14 | 1.39 | 1.46 | 1.50 | 1.50 |
| Debt Service | | 15.06 | 15.06 | 14.23 | 13.69 | 10.87 | 9.32 | 7.82 |
| Adj. COH Support for Education | | 33.25 | 31.56 | 36.26 | 26.66 | 28.46 | 29.64 | 31.22 |
| Total State Grants-In-Aid Ed & COH Support | | 202.04 | 200.03 | 199.59 | 184.57 | 182.39 | 181.87 | 181.75 |
| State Grant-In-Aid Ed Percentage | | 83.5% | 84.2% | 81.8% | 85.6% | 84.4% | 83.7% | 82.8% |