**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JANICE LAPENNA | : |
| | : |
| v. | :   Civil Action No. |
| | :   3:02cv753 (SRU) |
| CITY OF HARTFORD, ET AL. | : |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

___   All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

___   A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

___   A ruling on the following motions which are currently pending:  (orefm.)

_X_   A settlement conference (orefmisc./cnf)

___   A conference to discuss the following:  (orefmisc./cnf) _____

___   Other:  (orefmisc./misc) _____

SO ORDERED this 2nd day of June 2004, at Bridgeport, Connecticut.

                                                                 /s/ Stefan R. Underhill
                                                                 Stefan R. Underhill
                                                                  United States District Judge