UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JANICE LAPENNA** | : | **CIVIL ACTION** |
| | : | **MASTER DOCKET** |
| Plaintiff, | : | **3:02CV753 (SRU)** |
| v. | : | |
| | : | |
| **CITY OF HARTFORD, HARTFORD** | : | |
| **PUBLIC SCHOOLS, STATE BOARD** | : | |
| **OF TRUSTEES FOR THE HARTFORD** | : | |
| **PUBLIC SCHOOLS, ANTHONY** | : | |
| **AMATO, JUNE BERNABUCCI** | : | |
| **and JOSE COLON-RIVAS** | : | |
| Defendants. | : | |
| | : | |

| | | |
|---|---|---|
| **JANICE LAPENNA** | : | **CIVIL ACTION NO.** |
| Plaintiff, | : | **3:03CV1126 (SRU)** |
| v. | : | |
| | : | |
| **JOSE COLON-RIVAS** | : | |
| Defendant. | : | |
| | : | **JULY 9, 2004** |

## CONSENTED TO MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), the Defendants remaining in this action, Hartford Public Schools, State Board of Trustees for the Hartford Public Schools, June Bernabucci and Jose Colon-Rivas (the "Defendants") move for an extension of time of up to and including September 30, 2004 in which to file the parties' pre-trial memorandum. Additionally, the Defendants request that the Trial Calendar Call, currently scheduled for August 16, 2004 at

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

10:00 a.m. be postponed until after the pre-trial memorandum is filed.  In support of this motion, the undersigned represents as follows:

1.      On June 1, 2004, the court held oral argument on the Defendants' Motion for Summary Judgment and ruled upon such motion by granting it in part and denying it in part;

2.      The court encouraged the parties to explore settlement and offered to refer the case to Magistrate Judge Garfinkel for such purposes;

3.      Counsel in attendance at oral argument agreed that settlement discussions with the Magistrate Judge were appropriate;

4.      The undersigned indicated that settlement discussions were likely to have a greater chance for success if such discussions occurred prior to the parties expending resources on compliance with the pre-trial memorandum;

5.      Based on representations made by Plaintiff's counsel, the undersigned understands that Magistrate Judge Garfinkel has scheduled the parties for a settlement conference on September 13, 2004;

6.      The undersigned continues to believe that the expenditure of resources, by all parties, to comply with the pre-trial memorandum will simply drive up the fees already incurred in this case and diminish prospects for settlement;

7.	In addition, both the undersigned and Plaintiff's counsel are scheduled to be on vacation on August 16, 2004—the day this case is currently scheduled for a trial calendar call; the undersigned's vacation is pre-paid and non-refundable;

8.	The undersigned has spoken to Plaintiff's counsel, Judith Meyer, who consents to this extension of time with the understanding that if settlement discussions fail and the pre-trial compliance is filed by September 30, 2004, this case will be scheduled for the October 2004 trial calendar call;

9.	Although motions for extensions of various deadlines have previously been submitted in this case, this is the first motion for extension of time directed specifically to the deadline for compliance with the pre-trial memorandum.

Therefore, the Defendants respectfully request that the deadline for the pre-trial memo in this case be extended up to and including September 30, 2004 and that the August 16, 2004 trial calendar call for this case be postponed until after the pre-trial memorandum is filed.

DEFENDANTS,
HARTFORD PUBLIC SCHOOLS, STATE
BOARD OF TRUSTEES FOR THE HARTFORD
PUBLIC SCHOOLS, JUNE BERNABUCCI
AND JOSE COLON-RIVAS

By: _____
    Joseph W. McQuade, ct12121
    Kainen, Escalera & McHale, P.C.
    21 Oak Street, Suite 601
    Hartford, CT  06106
    Telephone (860) 493-0870
    Facsimile (860) 493-0871
    jmcquade@kemlaw.com
    Their Attorney

## **CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing Motion for Extension of Time was sent via first class U.S. mail on this the 9th day of July 2004 to:

Judith D. Meyer, Esq.
Law Office of Judith D. Meyer
152 Simsbury Road
P.O. Box 451
Avon, CT  06001-0451

_____
Joseph W. McQuade

14465