FILED

2004 DEC 13 P 1: 18

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| JANICE LAPENNA | : | CIVIL ACTION |
|---|---|---|
| | : | MASTER DOCKET |
| Plaintiff, | : | 3:02CV753 (SRU) |
| v. | : | |
| | : | |
| CITY OF HARTFORD, HARTFORD | : | |
| PUBLIC SCHOOLS, STATE BOARD | : | |
| OF TRUSTEES FOR THE HARTFORD | : | |
| PUBLIC SCHOOLS, ANTHONY | : | |
| AMATO, JUNE BERNABUCCI | : | |
| and JOSE COLON-RIVAS | : | |
| Defendants. | : | |

| JANICE LAPENNA | : | CIVIL ACTION NO. |
|---|---|---|
| Plaintiff, | : | 3:03CV1126 (SRU) |
| v. | : | |
| | : | |
| JOSE COLON-RIVAS | : | |
| Defendant. | : | |
| | : | DECEMBER 10, 2004 |

**JOINT MOTION FOR EXTENSION OF TIME WITH RESPECT TO MOTION FOR PRE-TRIAL MEMORANDUM**

Pursuant to D. Conn. L. Civ. R. 7(b), the parties jointly move for an extension of time up to and including January 31, 2005 in which to file the Pre-Trial Memorandum in this case. The parties represent as follows:

1.  On or about September 13, 2004, counsel met with the Court regarding scheduling of the trial in this matter. The court set a jury selection date of March 4, 2005 and trial dates of March 21 – 29, 2005.

2.  At that time, Judge Underhill indicated that he would probably not be able to review the Pre-Trial Memorandum until late February or March. Judge Underhill then inquired about a deadline for the Pre-Trial Memorandum. Due to Plaintiff's counsel's schedule, Judge Underhill set the Pre-Trial Memorandum to December 15, 2004.

3.  Since that time, Plaintiff has retained co-counsel for purposes of trial, and her new co-counsel has been unable to devote the time necessary to participate fully in completing the pre-trial memorandum.

4.  An extension of time of the deadline for submission of the Pre-Trial Memorandum through the end of January is necessary due to the crush of business during this holiday season and due to Plaintiff's counsel's pre-existing heavy schedule. The parties further believe that the requested extension of time will result in a more useful Pre-Trial Memorandum for the court.

5.  Although various extensions of time have been granted in this case, this is the first requested extension of time with respect to this deadline.

PLAINTIFF,
JANICE LAPENNA

By: *[signature]*
Judith D. Meyer, ct04976
283 Oxford Street
Hartford, CT 06105
(860) 678-7711
(860) 677-6832
judithdmeyer@igc.org
Her Attorneys

DEFENDANTS,
HARTFORD PUBLIC SCHOOLS, STATE
BOARD OF TRUSTEES FOR THE
HARTFORD PUBLIC SCHOOLS, JUNE
BERNABUCCI and JOSE COLON-RIVAS

By:_____
Joseph W. McQuade, ct12121
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106
(860) 493-0870 (tel.)
(860) 493-0871 (fax)
jmcquade@kemlaw.com
Its Attorneys

| | |
|---|---|
| PLAINTIFF,<br>JANICE LAPENNA<br><br>By:_____<br>   Judith D. Meyer, ct04976<br>   283 Oxford Street<br>   Hartford, CT 06105<br>   (860) 678-7711<br>   (860) 677-6832<br>   judithdmeyer@igc.org<br>   Her Attorneys | DEFENDANTS,<br>HARTFORD PUBLIC SCHOOLS, STATE<br>BOARD OF TRUSTEES FOR THE<br>HARTFORD PUBLIC SCHOOLS, JUNE<br>BERNABUCCI and JOSE COLON-RIVAS<br><br>By: /s/ Joseph W. McQuade<br>   Joseph W. McQuade, ct12121<br>   Kainen, Escalera & McHale, P.C.<br>   21 Oak Street, Suite 601<br>   Hartford, CT 06106<br>   (860) 493-0870 (tel.)<br>   (860) 493-0871 (fax)<br>   jmcquade@kemlaw.com<br>   Its Attorneys |