UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JANICE LAPENNA** | : | CIVIL ACTION |
| | : | MASTER DOCKET |
| Plaintiff, | : | 3:02CV753 (SRU) |
| v. | : | |
| | : | |
| **CITY OF HARTFORD, HARTFORD** | : | |
| **PUBLIC SCHOOLS, STATE BOARD** | : | |
| **OF TRUSTEES FOR THE HARTFORD** | : | |
| **PUBLIC SCHOOLS, ANTHONY** | : | |
| **AMATO, JUNE BERNABUCCI** | : | |
| **and JOSE COLON-RIVAS** | : | |
| Defendants. | : | |
| | : | |

| | | |
|---|---|---|
| **JANICE LAPENNA** | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03CV1126 (SRU) |
| v. | : | |
| | : | |
| **JOSE COLON-RIVAS** | : | |
| Defendant. | : | |
| | : | **JANUARY 31, 2004** |

**DEFENDANTS' PROPOSED GENERAL VERDICT WITH SPECIAL
INTERROGATORIES**

I.  **ADVERSE EMPLOYMENT ACTION**

Do you find that the Plaintiff, Janice LaPenna, has proven that she suffered an adverse employment action when she lost the Faculty Manager assignment in 2000?

\_\_\_\_\_ Yes          \_\_\_\_\_ No

**If "Yes," proceed to Section II. If "No," proceed no further and have the jury foreperson sign this form in the space indicated on the last page.**

**II.     ADEA—AGE DISCRIMINATION**

Do you find that Ms. LaPenna has proven that the following Defendants intentionally discriminated against her on the basis of her age with respect to the Faculty Manager assignment in 2000?

Hartford Public Schools          _____ Yes          _____ No

State Board of Trustees          _____ Yes          _____ No

**Please proceed to Section III.**

**III.    TITLE VII—SEX DISCRIMINATION**

Do you find that Ms. LaPenna has proven that the following Defendants intentionally discriminated against her on the basis of her sex with respect to the Faculty Manager assignment in 2000?

Hartford Public Schools          _____ Yes          _____ No

State Board of Trustees          _____ Yes          _____ No

**Please proceed to Section IV.**

**IV.    SECTION 1983—EQUAL PROTECTION CLAIM**

1. Do you find that Ms. LaPenna has identified and proven that she was similarly situated to other persons performing extracurricular assignments in the Hartford Public Schools in 2000?

   _____ Yes          _____ No

   **If "Yes," proceed to the next question.  If "No," proceed to Section V.**

2. With respect to the Faculty Manager assignment in 2000, do you find that Ms. LaPenna has proven that the Defendants intentionally treated her differently than others similarly situated to her based on her sex?

    \_\_\_\_\_ Yes                    \_\_\_\_\_ No

    **If "Yes," proceed to question 4 in this section.  If "No," proceed to the next question.**

3. With respect to the Faculty Manager assignment in 2000, do you find that Ms. LaPenna has proven that the Defendants intentionally treated her differently than others similarly situated to her and that there is no rational basis for the difference in treatment?

    \_\_\_\_\_ Yes                    \_\_\_\_\_ No

    **If the answer to either question 2 or 3 was "Yes," proceed to the next question.  If the answers to questions 2 and 3 were both "No," proceed to Section V.**

4. If the answer to question 1 in this section was "Yes" and if you responded "Yes" to either question 2 or 3, do you find that Ms. LaPenna has proven that the following Defendants intentionally denied her equal protection under the law in violation of the Fourteenth Amendment to the United States Constitution with respect to the Faculty Manager assignment in 2000?

    | | | |
    |---|---|---|
    | Hartford Public Schools | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
    | State Board of Trustees | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
    | June Bernabucci | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
    | Jose Colon-Rivas | \_\_\_\_\_ Yes | \_\_\_\_\_ No |

    **Please proceed to Section V.**

## V. SECTION 1983—DUE PROCESS CLAIM

1. Do you find that Ms. LaPenna has proven that she possessed a Constitutionally protected property interest in the Faculty Manager assignment at Hartford Public High School in 2000?

   \_\_\_\_\_ Yes          \_\_\_\_\_ No

   **If "Yes," proceed to the next question. If "No," proceed to Section VI.**

2. Do you find that Ms. LaPenna has proven that the following Defendants unlawfully deprived her of a Constitutionally protected property interest in the Faculty Manager assignment at Hartford Public High School in 2000 without due process of law in violation of the Fourteenth Amendment to the United States Constitution?

   | | | |
   |---|---|---|
   | Hartford Public Schools | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
   | State Board of Trustees | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
   | June Bernabucci | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
   | Jose Colon-Rivas | \_\_\_\_\_ Yes | \_\_\_\_\_ No |

   **Please proceed to Section VI.**

## VI. SECTION 1983—FIRST AMENDMENT CLAIM

1. Do you find that Ms. LaPenna has proven that, prior to her loss of the Faculty Manager assignment in 2000, she engaged in Constitutionally protected speech regarding the scheduling of athletic contests between the Sports Sciences Academy and the traditional high schools in Hartford?

   \_\_\_\_\_ Yes          \_\_\_\_\_ No

   **If "Yes," proceed to the next question. If "No," proceed to Section VII.**

2. Do you find that Ms. LaPenna has proven, with respect to each of the Defendants listed below, that retaliation for her Constitutionally protected speech was a determinative factor in her loss of the Faculty Manager assignment in 2000?

| | | |
|---|---|---|
| Hartford Public Schools | _____ Yes | _____ No |
| State Board of Trustees | _____ Yes | _____ No |
| June Bernabucci | _____ Yes | _____ No |

**If you answered "Yes" to any portion of this question, please proceed to the next question. If you answered "No" with respect to all of the Defendants listed in this question, please proceed to Section VII.**

1. If you answered "Yes" with respect to any of the Defendants in the previous question, do you find that such defendant would have taken the same action even if Ms. LaPenna had not engaged in any of the constitutionally protected speech?

| | | |
|---|---|---|
| Hartford Public Schools | _____ Yes | _____ No |
| State Board of Trustees | _____ Yes | _____ No |
| June Bernabucci | _____ Yes | _____ No |

**Please proceed to Section VII.**

VII. **QUALIFIED IMMUNITY**

With respect to the defendants listed below, do you find that it was objectively reasonable for them to believe that their actions, with respect to Ms. LaPenna's loss of the Faculty Manager assignment in 2000, did not violate Plaintiff's Constitutional rights?

| | | |
|---|---|---|
| June Bernabucci | _____ Yes | _____ No |
| Jose Colon-Rivas | _____ Yes | _____ No |

**Please proceed to Section VIII.**

### VIII. <u>MUNICIPAL LIABILITY UNDER SECTION 1983</u>

With respect to the Defendants listed below, do you find that Ms. LaPenna has proven that they acted pursuant to an official policy or custom in denying Ms. LaPenna her Constitutionally protected rights when she lost the Faculty Manager assignment in 2000?

| | | |
|---|---|---|
| Hartford Public Schools | _____ Yes | _____ No |
| State Board of Trustees | _____ Yes | _____ No |

**Please proceed to Section IX.**

### IX. <u>DAMAGES</u>

**If you have answered "Yes" to Section I; <u>and</u> "Yes" to: any portion of Section II; any portion of Section III; any portion of Section IV, question 4; any portion of Section V, question 2; <u>or</u> any portion of Section VI, question 2, you should proceed to the next question. If, however, you answered "No" to Section I or you answered "No" all portions of Section II, Section III, Section IV, question 4, Section V, question 2 <u>and</u> Section V, question 2, you should proceed no further and have the foreperson sign the form in the space provided at the end.**

A. <u>**Nominal Damages.**</u>  If you have found at least one of the Defendants liable for the claims that Ms. Lapenna asserts, do you find that Ms. LaPenna has failed to prove that she suffered any compensable damages as a result of the Defendants' actions and that you wish to award her nominal damages of $1?

_____     Yes            _____     No

**If "Yes," proceed to subsection F. If "No," proceed to Subsection B.**

B. <u>**Backpay/Loss of Earnings**</u>: What amount of damages, if any, has Ms. LaPenna proven that she is entitled to for loss of earnings (also known as back pay) as a result of her loss of the Faculty Manager assignment in 2000?

$_____

6

**If the answer is more than $1, proceed to Subsection C.  If the answer is $1 or less, proceed to Subsection D.**

C. **Mitigation of Damages:**  Does the amount awarded for loss of earnings (or back pay) include deductions for earnings of Ms. LaPenna for other extracurricular duties that she undertook as well as any deductions for Ms. LaPenna's failure to minimize damages by seeking and accepting other paying extracurricular assignments?

_____ Yes            _____ No

If the answer is "Yes," how much was deducted?   $_____

**Proceed to Subsection D.**

D. **Liquidated Damages under the ADEA:**  If you answered "Yes" to any portion of Section II, has Ms. LaPenna proven that either the Hartford Public Schools or the State Board knew, at that time, that Ms. LaPenna's loss of the Faculty Manager assignment violated the ADEA or showed reckless disregard for whether its/their conduct was prohibited by the ADEA?

_____ Yes            _____ No

**Proceed to Subsection E.**

E. **Compensatory Damages:**  If you answered "Yes" to any portion of Section III, Section IV, question 4, Section V, question 2 or Section VI, question 2, what amount of damages, if any, has Ms. LaPenna proven that she is entitled to for compensatory damages, such as emotional distress damages, for her loss of the Faculty Manager assignment in 2000?

$_____

**Proceed to Subsection F.**

F. **Punitive Damages. If you answered "Yes" to both portions (i.e., both defendants) of Section VII, proceed no further and have the foreperson sign in the space provided at the end of this document.**

1. If your answers to Section IV, question 4, Section V, question 2 or Section VI, question 2 were "Yes" with respect to either Ms. Bernabucci or Mr. Colon-Rivas, do you find that Ms. LaPenna has proven that either Ms. Bernabucci or Mr. Colon-Rivas acted with an evil motive or with malice towards Ms. LaPenna or that either of them acted with reckless indifference to Ms. LaPenna's Constitutional rights when Ms. LaPenna lost the Faculty Manager assignment in 2000?

    June Bernabucci            _____ Yes        _____ No

    Jose Colon-Rivas           _____ Yes        _____ No

**If you answered "Yes" to any portion of this question, please proceed to the next question. If you answered "No" to all portions of this question, please skip the next question.**

2. If you answered "Yes" to either portion of the preceding question, what amount of punitive damages, if any, do you award Ms. LaPenna for extraordinary misconduct of the Defendants listed below?

    June Bernabucci            $_____

    Jose Colon-Rivas           $_____

**Please review the answers to these questions carefully and then have the foreperson sign below.**

_____
Foreperson

16764