UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANICE LAPENNA, | : | CIVIL ACTION |
|     Plaintiff, | : | MASTER DOCKET |
| | : | 3:02CV753 (SRU) |
| v. | : | |
| | : | |
| HARTFORD PUBLIC SCHOOLS, | : | |
| STATE BOARD OF TRUSTEES FOR | : | |
| THE HARTFORD PUBLIC SCHOOLS, | : | |
| JUNE BERNABUCCI and | : | |
| JOSE COLON-RIVAS, | : | |
|     Defendants. | : | |
| | | |
| JANICE LAPENNA, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:03CV1126 (SRU) |
| | : | |
| v. | : | |
| | : | |
| JOSE COLON-RIVAS, | : | |
|     Defendant. | : | JANUARY 31, 2005 |

### FIRST MOTION IN LIMINE

Plaintiff moves the Court, in limine, to rule on the following evidentiary issue in advance of trial, to avoid the presentation of inadmissible and prejudicial testimony or materials to the jury which would jeopardize the fairness of the trial in this case.

Plaintiff requests an Order of this Court precluding any evidence, testimony, mention of or reference to the jury of any statement made by Janice LaPenna regarding sexual harassment, sexually offensive conduct, or discrimination by former Hartford Public High School ("Hartford High") Principal Joseph Wall. As set forth more fully in the accompanying memorandum of

law, defendants secured such a statement by a knowingly false statement that it was Mr. Wall who recommended that Ms. LaPenna be transferred out of Hartford High. Defendants have attempted to use that statement to discredit Ms. LaPenna by making her appear to be generally hostile toward administrators, overly litigious, eager to claim discrimination, and to poison a witness against her. Defendants should not be permitted to use this statement, the fruit of their knowingly false assertion, for any purpose at the trial in this case.

                                        PLAINTIFF

                                        By _____
                                        Judith D. Meyer
                                        Fed Bar No.: CT04976
                                        3785 N. Camino de Oeste
                                        Tucson, AZ 85745
                                        Tel. (520) 743-8058 or (860) 202-1699
                                        Fax (520) 743-8059 or (860) 677-6832
                                        e-mail: judithdmeyer@igc.org
                                        HER ATTORNEY

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was sent via electronic transmission, as agreed by the parties, and also via first-class mail, postage prepaid, this 31st day of January, 2005, to the following counsel of record:

Joseph W. McQuade, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street
Hartford, CT 06106

                                             Judith D. Meyer