UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JANICE LAPENNA** | : | CIVIL ACTION |
| | : | MASTER DOCKET |
| Plaintiff, | : | 3:02CV753 (SRU) |
| v. | : | |
| | : | |
| **CITY OF HARTFORD, HARTFORD** | : | |
| **PUBLIC SCHOOLS, STATE BOARD** | : | |
| **OF TRUSTEES FOR THE HARTFORD** | : | |
| **PUBLIC SCHOOLS, ANTHONY** | : | |
| **AMATO, JUNE BERNABUCCI** | : | |
| **and JOSE COLON-RIVAS** | : | |
| Defendants. | : | |
| | : | |

| | | |
|---|---|---|
| **JANICE LAPENNA** | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03CV1126 (SRU) |
| v. | : | |
| | : | |
| **JOSE COLON-RIVAS** | : | |
| Defendant. | : | |
| | : | JANUARY 31, 2005 |

### DEFENDANTS' FIRST MOTION IN LIMINE

Defendants move this Court in limine to determine the evidentiary issue, set forth below, in advance of trial in order to prevent the presentation of inadmissible and prejudicial testimony or materials to the jury which will jeopardize Defendants' opportunity for a fair hearing:

Defendants request an order precluding any evidence, testimony, mention of or reference to the jury on the issue of equitable relief, including the availability and propriety of front pay.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

A memorandum in support of this motion is attached hereto.

>DEFENDANTS,
>HARTFORD PUBLIC SCHOOLS, STATE
>BOARD OF TRUSTEES FOR THE HARTFORD
>PUBLIC SCHOOLS, JUNE BERNABUCCI AND
>JOSE COLON-RIVAS


By: _____
>Joseph W. McQuade, ct12121
>Kainen, Escalera & McHale, P.C.
>21 Oak Street, Suite 601
>Hartford, CT  06106
>Telephone (860) 493-0870
>Facsimile (860) 493-0871
>jmcquade@kemlaw.com
>Their Attorney

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing First Motion in Limine was sent via first class, U.S. Mail, postage pre-paid on this the 31st day of January 2005 to:

Judith D. Meyer, Esq.
3785 N. Camino de Oeste
Tucson, AZ  85745

And e-mailed to:  judithdmeyer@igc.org

                                                                Joseph W. McQuade

16265