UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JANICE LAPENNA** | : | CIVIL ACTION |
| | : | MASTER DOCKET |
| Plaintiff, | : | 3:02CV753 (SRU) |
| v. | : | |
| | : | |
| **CITY OF HARTFORD, HARTFORD** | : | |
| **PUBLIC SCHOOLS, STATE BOARD** | : | |
| **OF TRUSTEES FOR THE HARTFORD** | : | |
| **PUBLIC SCHOOLS, ANTHONY** | : | |
| **AMATO, JUNE BERNABUCCI** | : | |
| **and JOSE COLON-RIVAS** | : | |
| Defendants. | : | |
| | : | |

| | | |
|---|---|---|
| **JANICE LAPENNA** | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03CV1126 (SRU) |
| v. | : | |
| | : | |
| **JOSE COLON-RIVAS** | : | |
| Defendant. | : | |
| | : | **JANUARY 31, 2005** |

### DEFENDANTS' SECOND MOTION IN LIMINE

Defendants move this Court in limine to determine the evidentiary issue, set forth below, in advance of trial in order to prevent the presentation of inadmissible and prejudicial testimony or materials to the jury which will jeopardize Defendants' opportunity for a fair hearing:

Defendants request an order precluding any evidence, testimony, mention of or reference to: (1) alleged discrimination or retaliation against people employed in the Hartford Public

Schools, other than Plaintiff; (2) adverse employment decisions affecting individual employees of the Hartford Public Schools other than Plaintiff; and (3) the initiation of administrative charges or lawsuits alleging discrimination or retaliation against employees of the Hartford Public Schools other than Plaintiff.

    A memorandum in support of this motion is attached hereto.

> DEFENDANTS,
> HARTFORD PUBLIC SCHOOLS, STATE
> BOARD OF TRUSTEES FOR THE HARTFORD
> PUBLIC SCHOOLS, JUNE BERNABUCCI AND
> JOSE COLON-RIVAS
>
> By: _____
>     Joseph W. McQuade, ct12121
>     Kainen, Escalera & McHale, P.C.
>     21 Oak Street, Suite 601
>     Hartford, CT 06106
>     Telephone (860) 493-0870
>     Facsimile (860) 493-0871
>     jmcquade@kemlaw.com
>     Their Attorney

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Second Motion in Limine was sent via first-class U. S. Mail, postage prepaid, on this the 31st day of January 2005 to:

Judith D. Meyer, Esq.
Law Office of Judith D. Meyer
3785 N. Camino de Oeste
Tucson, AZ  85745

And e-mailed to:  judithdmeyer@igc.org

                                               Joseph W. McQuade

16266