UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JANICE LAPENNA** | : | **CIVIL ACTION** |
| | : | **MASTER DOCKET** |
| **Plaintiff,** | : | **3:02CV753 (SRU)** |
| v. | : | |
| | : | |
| **CITY OF HARTFORD, HARTFORD** | : | |
| **PUBLIC SCHOOLS, STATE BOARD** | : | |
| **OF TRUSTEES FOR THE HARTFORD** | : | |
| **PUBLIC SCHOOLS, ANTHONY** | : | |
| **AMATO, JUNE BERNABUCCI** | : | |
| **and JOSE COLON-RIVAS** | : | |
| **Defendants.** | : | |
| | : | |

| | | |
|---|---|---|
| **JANICE LAPENNA** | : | **CIVIL ACTION NO.** |
| **Plaintiff,** | : | **3:03CV1126 (SRU)** |
| v. | : | |
| | : | |
| **JOSE COLON-RIVAS** | : | |
| **Defendant.** | : | |
| | : | **JANUARY 31, 2005** |

**DEFENDANTS' THIRD MOTION IN LIMINE**

Defendants move this Court in limine to determine the evidentiary issue, set forth below, in advance of trial in order to prevent the presentation of inadmissible and prejudicial testimony or materials to the jury which will jeopardize Defendants' opportunity for a fair hearing:

Defendants request an order precluding witnesses, other than Plaintiff and the relevant decision makers, from expressing their opinion regarding: Plaintiff's job performance; whether

or not Plaintiff was discriminated against, retaliated against or denied her Fourteenth Amendment equal protection or due process rights; whether the Faculty Manager extracurricular assignment could be performed by a person stationed outside of Hartford Public High School; or whether she was the most qualified person for the Faculty Manager assignment at Hartford Public High School.

    A memorandum in support of this motion is attached hereto.

                         DEFENDANTS,
                          HARTFORD PUBLIC SCHOOLS, STATE BOARD OF TRUSTEES FOR THE HARTFORD PUBLIC SCHOOLS, JUNE BERNABUCCI AND JOSE COLON-RIVAS

By: _____
    Joseph W. McQuade, ct12121
    Kainen, Escalera & McHale, P.C.
    21 Oak Street, Suite 601
    Hartford, CT  06106
    Telephone (860) 493-0870
    Facsimile (860) 493-0871
    jmcquade@kemlaw.com
    Their Attorney

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing Third Motion in Limine was sent via first-class U. S. Mail, postage prepaid, on this the 31st day of January 2005 to:

Judith D. Meyer, Esq.
Law Office of Judith D. Meyer
3785 N. Camino de Oeste
Tucson, AZ  85745

And e-mailed to:  judithdmeyer@igc.org

                                        Joseph W. McQuade

16268