UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JANICE LAPENNA** | : | **CIVIL ACTION** |
| | : | **MASTER DOCKET** |
| **Plaintiff,** | : | **3:02CV753 (SRU)** |
| v. | : | |
| | : | |
| **CITY OF HARTFORD, HARTFORD** | : | |
| **PUBLIC SCHOOLS, STATE BOARD** | : | |
| **OF TRUSTEES FOR THE HARTFORD** | : | |
| **PUBLIC SCHOOLS, ANTHONY** | : | |
| **AMATO, JUNE BERNABUCCI** | : | |
| **and JOSE COLON-RIVAS** | : | |
| **Defendants.** | : | |
| | : | |

| | | |
|---|---|---|
| **JANICE LAPENNA** | : | **CIVIL ACTION NO.** |
| **Plaintiff,** | : | **3:03CV1126 (SRU)** |
| v. | : | |
| | : | |
| **JOSE COLON-RIVAS** | : | |
| **Defendant.** | : | |
| | : | **JANUARY 31, 2005** |

### DEFENDANTS' FOURTH MOTION IN LIMINE

Defendants move this Court in limine to determine the evidentiary issue, set forth below, in advance of trial in order to prevent the presentation of inadmissible and prejudicial testimony or materials to the jury which will jeopardize Defendants' opportunity for a fair hearing:

Defendants request an order precluding: (a) evidence on the issue of backpay damages for any period of time after June 2001; and (b) testimony from any witnesses regarding whether

or not Plaintiff would have remained as Faculty Manager at Hartford Public High School beyond June 2001.

A memorandum in support of this motion is attached hereto.

>DEFENDANTS,
>HARTFORD PUBLIC SCHOOLS, STATE
>BOARD OF TRUSTEES FOR THE HARTFORD
>PUBLIC SCHOOLS, JUNE BERNABUCCI AND
>JOSE COLON-RIVAS
>
>By: _____
>  Joseph W. McQuade, ct12121
>  Kainen, Escalera & McHale, P.C.
>  21 Oak Street, Suite 601
>  Hartford, CT  06106
>  Telephone (860) 493-0870
>  Facsimile (860) 493-0871
>  jmcquade@kemlaw.com
>  Their Attorney

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing Fourth Motion in Limine was sent via first class, U.S. Mail, postage pre-paid, on this the 31st day of January 2005 to:

Judith D. Meyer, Esq.
Law Office of Judith D. Meyer
3785 N. Camino de Oeste
Tucson, AZ  85745

And e-mailed to:  judithdmeyer@igc.org

Joseph W. McQuade

16824