FILED

2005 FEB -4  P 2: 41

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANICE LAPENNA, | : | CIVIL ACTION |
|     Plaintiff, | : | MASTER DOCKET |
| | : | 3:02CV753 (SRU) |
| v. | : | |
| | : | |
| HARTFORD PUBLIC SCHOOLS, | : | |
| STATE BOARD OF TRUSTEES FOR | : | |
| THE HARTFORD PUBLIC SCHOOLS, | : | |
| JUNE BERNABUCCI and | : | |
| JOSE COLON-RIVAS, | : | |
|     Defendants. | : | |
| | | |
| JANICE LAPENNA, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:03CV1126 (SRU) |
| | : | |
| v. | : | |
| | : | |
| JOSE COLON-RIVAS, | : | |
|     Defendant. | : | JANUARY 28, 2005 |

## FOURTH MOTION IN LIMINE

Plaintiff moves the Court, in limine, to rule on the following evidentiary issue in advance of trial, to avoid the presentation of inadmissible and prejudicial testimony or materials to the jury which would jeopardize the fairness of the trial in this case.

Plaintiff requests an Order of this Court precluding any evidence, testimony, mention of or reference to the jury, or any claim by any of the defendants, that to fulfill the duties of the position of Faculty Manager, the person who held the position was required to be a teacher at the

1

same school. As set forth more fully in the accompanying memorandum of law, any such claim is barred by the Parol Evidence Rule.

PLAINTIFF

By __X_____
Judith D. Meyer
Fed Bar No.: CT04976
3785 N. Camino de Oeste
Tucson, AZ 85745
Tel. (520) 743-8058 or (860) 202-1699
Fax (520) 743-8059 or (860) 677-6832
e-mail: judithdmeyer@igc.org
HER ATTORNEY

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first-class mail, postage prepaid, this 28th day of January, 2005, to the following counsel of record:

Joseph W. McQuade, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street
Hartford, CT 06106

__X_____
Judith D. Meyer

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 FEB -4  A 9: 02
U.S. DISTRICT COURT
BRIDGEPORT, CONN

```
-------------------------------------------------x
                                                 :
     Janice Lapenna                              :
                                                 :
     vs.                                         : Civil No. 3:02cv753 (SRU)
                                                 :
     Hartford Public Schools, etal               :
                                                 :
-------------------------------------------------x
```

### ORDER RETURNING SUBMISSION

The Clerk has received your <u>Fourth Motion In Limine & Memorandum In Support</u> however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. _ L.R.5(b)    _ No certificate of service attached to pleading
                 _ Certificate of service fails to list names and addresses of all parties served
                 _ Certificate of service is not signed

2. _ L.R.5(d)    Failure to submit document under seal

3. ✓ L.R.10     ✓ Failure to sign pleading (original signature)
                 _ Failure to double space
                 _ Margin is not free of printed matter
                 _ Left hand margin is not one inch
                 _ Judge's initials do not appear after the case number
                 _ Docket number is missing
                 _ Failure to supply federal bar number
                 _ Holes not punched in document

4. _ L.R.68     Failure to file offer of judgment in a sealed envelope

5. _ L.R.83.1(d) Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. _ Other

*ok to take SRU per SRU*

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date: 2/3/05

_____
United States District Judge

(CLS)

rev. 1/1/03