UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JANICE LAPENNA

      v                                                             3:02cv753 (SRU)

CITY OF HARTFORD, ANTHONY AMATO, JUNE BERNABUCCI, STATE BOARD OF TRUSTEES, JOSE COLON-RIVAS, HARTFORD PUBLIC SCHOOLS

ORDER OF DISMISSAL

      The case is hereby dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. This dismissal is without prejudice to re-opening the case in the event that defendants fail to complete payment under the parties' written settlement agreement. The court shall maintain jurisdiction to enforce the settlement agreement.

      The clerk is instructed to close the file.

      It is so ordered.

      Dated at Bridgeport, Connecticut this 29th day of March, 2005.

                                                  /s/ Stefan R. Underhill
                                                  Stefan R. Underhill
                                                  United States District Judge