**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | | |
|---|---|---|---|
| **JANICE LAPENNA** | | : | **CIVIL ACTION** |
| | **Plaintiff,** | : | **MASTER DOCKET** |
| **v.** | | : | **3:02CV753 (SRU)** |
| | | : | |
| **HARTFORD PUBLIC SCHOOLS,** | | : | |
| **STATE BOARD OF TRUSTEES FOR** | | : | |
| **THE HARTFORD PUBLIC SCHOOLS,** | | : | |
| **JUNE BERNABUCCI and** | | : | |
| **JOSE COLON-RIVAS** | | : | |
| | **Defendants.** | : | |
| | | : | |

| | | | |
|---|---|---|---|
| **JANICE LAPENNA** | | : | **CIVIL ACTION NO.** |
| | **Plaintiff,** | : | **3:03CV1126 (SRU)** |
| **v.** | | : | |
| | | : | |
| **JOSE COLON-RIVAS** | | : | |
| | **Defendant.** | : | |
| | | : | **MARCH 28, 2005** |

## <u>STIPULATED EXHIBITS AND OBJECTIONS</u>

Pursuant to the court's order at a pre-trial held on March 22, 2005 in this case, the parties report on the status of Exhibits that the parties expect to offer into evidence. The designation "Stipulated" means that the parties agree that the exhibit may be admitted into evidence. Objections to exhibits are contained herein or in the memoranda submitted by the parties regarding their various objections to the other parties' exhibits.

| Plaintiff's Exhibits | Status |
|---|---|
| Exhibit 1 | Stipulated. |
| Exhibit 2 | Stipulated. |
| Exhibit 3 | Stipulated. |
| Exhibit 4 | Stipulated. |
| Exhibit 5 | Stipulated. |
| Exhibit 6 | Objection to the extent set forth in Defendants' Fourth Motion in Limine.  If the motion in limine is denied, no objection. |
| Exhibit 7 | Stipulated. |
| Exhibit 8 | Stipulated. |
| Exhibit 9 | Stipulated. |
| Exhibit 10 | Stipulated. |
| Exhibit 11 | Stipulated. |
| Exhibit 12 | Stipulated. |
| Exhibit 13 | Objection.  Relevance, materiality, Rule 403, hearsay, no exceptions.  See Defendants' Objections to Plaintiff's Exhibits and Incorporated Memorandum of Law. |

| | |
|---|---|
| Exhibit 14 | Objection.  Relevance, materiality, Rule 403, hearsay, no exceptions.  See Defendants' Objections to Plaintiff's Exhibits and Incorporated Memorandum of Law. |
| Exhibit 15 | Stipulated. |
| Exhibit 16 | Stipulated. |
| Exhibit 17 | Stipulated. |
| Exhibit 18 | Stipulated. |
| Exhibit 19 | Objection.  Relevance, Rules 403 & 408.  See Defendants' Objections to Plaintiff's Exhibits and Incorporated Memorandum of Law. |
| Exhibit 20 | Objections overruled. |
| Exhibit 21 | Objections overruled, except that defense counsel believes the court allowed for the redaction of the last sentence of the exhibit. |
| Exhibit 22 | Stipulated. |
| Exhibit 23 | Objection.  Relevance, Rule 403, foundation, does not qualify as a Rule 1006 exhibit.  See Defendants' Objections to Plaintiff's Exhibits and Incorporated Memorandum of Law. |

Exhibit 24                    Objection. Relevance, Rule 403, foundation, does not qualify as a

                              Rule 1006 exhibit.  See Defendants' Objections to Plaintiff's

                              Exhibits and Incorporated Memorandum of Law.

Exhibit 25                    Objection. Relevance, Rule 403, foundation, does not qualify as a

                              Rule 1006 exhibit.  See Defendants' Objections to Plaintiff's

                              Exhibits and Incorporated Memorandum of Law.

Exhibit 26                    Objection. Relevance, Rule 403, foundation, does not qualify as a

                              Rule 1006 exhibit.  See Defendants' Objections to Plaintiff's

                              Exhibits and Incorporated Memorandum of Law.


Defendants' Exhibits

Exhibit A                     Objection.  Rule 403:  jury confusion, no probative value because

                              the stipulated fact regarding the State Board's creation and role.

                              See Plaintiff's Objections to Defendants' Proposed Exhibits.

Exhibit B                     Objection.  Rule 403:  jury confusion, no probative value because

                              the stipulated fact regarding the State Board's creation and role.

                              See Plaintiff's Objections to Defendants' Proposed Exhibits.

Exhibit C                     Stipulated.

Exhibit D                     Withdrawn.  Same as Exhibit 10.

Exhibit E                    Withdrawn.  Same as Exhibit 11.

Exhibit F                    Objection.  Relevance, hearsay.

Exhibit G                    Objection.  Relevance, hearsay.

Exhibit H                    Objection.  Relevance, hearsay.

Exhibit I                    Withdrawn.  Same as Exhibit 15.

Exhibit J                    Objection.  Relevance.

Exhibit K                    Withdrawn.  Same as Exhibit 6; same objection.

Exhibit L                    Stipulated, if "Step 3" notation is redacted.  Defendant agrees.
                             However, the original exhibit in the possession of the court will
                             have to be redacted.  Social security number has already been
                             redacted.

Exhibit M                    Stipulated (in redacted form).

Exhibit N                    Withdrawn.

Exhibit O                    Stipulated.

Exhibit P                    Stipulated.

Exhibit Q                    Objection.  Hearsay, no exception.  See Plaintiff's Objections to
                             Defendants' Proposed Exhibits

Exhibit R                    Stipulated.

Exhibit S                    Stipulated.

| | |
|---|---|
| Exhibit T | Objection.  Hearsay, relevance, failure to timely disclose.  See Plaintiff's Objections to Defendants' Proposed Exhibits. |
| Exhibit U | Objection.  Relevance, failure to timely disclose. See Plaintiff's Objections to Defendants' Proposed Exhibits. |
| Exhibit V | Objection.  Hearsay, relevance, failure to timely disclose.  See Plaintiff's Objections to Defendants' Proposed Exhibits. |
| Exhibit W | Objection.  Hearsay, relevance, failure to timely disclose.  See Plaintiff's Objections to Defendants' Proposed Exhibits. |
| Exhibit X | Objection.  Materiality, relevance, Rule 403:  prejudice outweighs any probative value.  See Plaintiff's Objections to Defendants' Proposed Exhibits.  The parties will attempt to reach agreement on a mitigation chart. |
| Exhibit Y | Stipulated. |

The Defendants believe that if Defendants' Fourth Motion in Limine is granted, Exhibits

6, K-W and Y will become superfluous.


PLAINTIFF,
JANICE LAPENNA

By:_____
    Judith D. Meyer, ct04976
    3785 N. Camino de Oeste
    Tucson, AZ  85745
    (520) 743-8058 (tel.)
    (520) 743-8059 (fax)
    judithdmeyer@igc.org
    Her Attorney

DEFENDANTS,
HARTFORD PUBLIC SCHOOLS, STATE
BOARD OF TRUSTEES FOR THE
HARTFORD PUBLIC SCHOOLS, JUNE
BERNABUCCI and JOSE COLON-RIVAS

By:_____
    Joseph W. McQuade, ct12121
    Kainen, Escalera & McHale, P.C.
    21 Oak Street, Suite 601
    Hartford, CT  06106
    (860) 493-0870 (tel.)
    (860) 493-0871 (fax)
    jmcquade@kemlaw.com
    Their Attorneys

17420